JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REBECCA LOPEZ, and JOSE LOPEZ an individual and Successor in Interest to decedent GABRIEL LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, CITY OF SAN FERNANDO, SAN FERNANDO POLICE DEPARTMENT and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:15−cv−01745−R−MAN<br><br>[The Hon. Manuel L. Real]<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE ALL CLAIMS IN THIS ACTION** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby dismisses *with prejudice* Plaintiffs' entire action.

2. Specifically, the Court dismisses *with prejudice* Defendants CITY OF SAN FERNANDO and SAN FERNANDO POLICE DEPARTMENT as parties to the above-entitled action, as to all causes of action included within the most recent operative Complaint on file in this action prior to the filing date of the parties' Stipulation.

2. The provisions of the parties' Stipulation and this Order shall be in effect until further applicable Order of the Court.

IT IS SO ORDERED.

Dated: March 21, 2016   _____

**UNITED STATES DISTRICT JUDGE**